ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
Aegis Defense Services, LLC d/b/a                        )   ASBCA Nos. 62442-ADR, 62686-ADR
  GardaWorld Federal Services                                            62718-ADR, 62793-ADR
                                                                         62794-ADR
                                                         )
Under Contract No. W52P1J-11-D-0082                      )

APPEARANCES FOR THE APPELLANT:                 Paul E. Pompeo, Esq.
                                               Thomas A. Pettit, Esq.
                                                 Arnold & Porter Kaye Scholer LLP
                                                 Washington, DC

APPEARANCES FOR THE GOVERNMENT:                Dana J. Chase, Esq.
                                                 Army Chief Trial Attorney
                                               MAJ James S. Kim
                                                 Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  December 5, 2023

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62442-ADR, 62686-ADR, 62718-ADR, 62793-ADR, 62794-ADR, Appeal of Aegis Defense Services, LLC d/b/a GardaWorld Federal Services, rendered in conformance with the Board's Charter.

Dated:  December 5, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals